■ TOWN OF OYSTER BAY, Appellant, v TWIN COUNTY RECYCLING CORPORATION, Respondent. [614 NYS2d 194] —Appeal by the plaintiff from a judgment of the Supreme Court, Nassau County (Morrison, J.), entered January 6, 1992.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Morrison in the Supreme Court. Balletta, J. P., Miller, Hart and Krausman, JJ., concur.